FREDERICK A. EMERICK, Respondent, *v.* MARY E. HACKETT, Appellant.

Reported below, 119 App. Div. 913.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth

judicial department, entered May 1, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the Oswego County Court at a Trial Term.

The motion was made upon the ground that the judgment appealed from was unanimous and that there were no questions of law to be reviewed, the exceptions being frivolous.

*James T. Clark* for motion.

*D. P. Morehouse* opposed.

Motion denied, with ten dollars costs.